**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TONY L. WARE,

     Plaintiff,

v.

PINE STATE MORTGAGE CORP. and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

     Defendants.

Civil Action File No.
1:17-cv-01313-MHC

---

## DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), through its undersigned counsel, and moves this Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(4), (5), and (6). This Motion is based upon the allegations contained in Plaintiff's Complaint, the Memorandum of Law in support of this Motion, and all other pleadings of record.

**WHEREFORE,** MERS respectfully requests that this Court grant this Motion to Dismiss Plaintiff's Complaint with prejudice, and tax Plaintiff with all costs of action.

Respectfully submitted this 10th day of May, 2017.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
swalsh@bakerdonelson.com
bburns@bakerdonelson.com
mkvalheim@bakerdonelson.com

*/s/ Sarah-Nell H. Walsh*
Sarah-Nell H. Walsh
Georgia Bar No. 141240
Betsy N. Burns
Georgia Bar No. 161820
Madeleine G. Kvalheim
Georgia Bar No. 131496
*Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

2

4844-9850-6312 v1
2791169-000321 05/10/2017

# CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

Respectfully submitted this 10th day of May, 2017.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
swalsh@bakerdonelson.com
bburns@bakerdonelson.com
mkvalheim@bakerdonelson.com

/s/ Sarah-Nell H. Walsh
Sarah-Nell H. Walsh
Georgia Bar No. 141240
Betsy N. Burns
Georgia Bar No. 161820
Madeleine G. Kvalheim
Georgia Bar No. 131496
*Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

3

## CERTIFICATE OF SERVICE

This will certify service of a copy of the foregoing DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT by the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to all counsel of record, and by U.S. Mail, postage prepaid, upon the following:

Tony L. Ware
3756 Memorial Drive, #3
Decatur, GA  30032

Tony L. Ware
P.O. Box 150525 - Dept. 0227
Atlanta, GA  30315-0188

Respectfully submitted this 10th day of May, 2017.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
swalsh@bakerdonelson.com
bburns@bakerdonelson.com
mkvalheim@bakerdonelson.com

/s/ Sarah-Nell H. Walsh
Sarah-Nell H. Walsh
Georgia Bar No. 141240
Betsy N. Burns
Georgia Bar No. 161820
Madeleine G. Kvalheim
Georgia Bar No. 131496
*Attorneys for Defendant MORTGAGE*
*ELECTRONIC REGISTRATION*
*SYSTEMS, INC.*

4