FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 11 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **TONY L. WARE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION** |
| v. | * | **FILE NUMBER: 1:17-CV-01313-MHC** |
| | * | |
| **PINE STATE MORTGAGE CORP.,** | * | |
| **MORTGAGE ELECTRONIC** | * | |
| **REGISTRATION SYSTEMS, INC.,** | * | **AFFIDAVIT OF ATTONETTE FERRELL** |
| | * | |
| **Defendants.** | * | |

---

### AFFIDAVIT OF FORGERY BY ANTONETTE FERRELL

**PERSONALLY APPEARED** before me, the undersigned attesting officer duly authorized by law to administer oaths is **ANTONETTE FERRELL** after being duly sworn, and deposes and states the following:

1. My name is **ANTONETTE FERRELL** and that I am over the age of the majority and suffer from no legal disability.

2. All statements given by me in this affidavit are based upon my personal knowledge with respect to Security Deed I sign on August 12th, 2003 filed with the Clerk of Superior Court of Fulton County recorded in Deed Book 35911, Page 374 concerning: 4002 Carisbrook Drive, Union City, Georgia 30291.

3. I am the original Grantor who signed the Security Deed. The Security Deed was recorded with the Clerk of Superior Court of Fulton County in Deed Book 35911, Page 374 filed on September 5th, 2003.

4. On August 12th, 2003, there were no notary public or witness present that actually saw or witness me signed the Security Deed.

5. The Security Deed was forged by adding the witness and notary public's signatures to the Security Deed without my knowledge and consent, because I never saw the notary public or witness.  I was told by Pine State Mortgage Corporation's officer, agent and or attorney to just signed the documents in blank form.

6. I did not know at the time that it was fraud for me to signed the Security Deed without a witness and notary public being present.

7.  Pine State Mortgage Corporation's officer, agent or attorney trick me into signing the Security Deed without a witness and notary public being present.

8. I also state that Pine State Mortgage rush me into signing the Security Deed and other loan documents without giving me reasonable time to read them over.

9. I was told by Pine State Mortgage to just sign the Security Deed and other loan documents and they will take care of the rest.  Had I known then, that Pine State Mortgage were using me to help Pine State Mortgage's officers or agents to commit fraud, I would not have never signed the Security Deed or any loan documents.

10. I hereby state that Pine State Mortgage Corporation obtain the Security Deed from me though acts of fraud, forgery and misrepresentations.

11. I state that the Security Deed is in fact a forgery or was forged, because it was materially changed and altered by Pine State Mortgage Corporation's officers, agents, servants and attorneys without my knowledge and consent, by them adding the signatures of both the witness and notary public at a deferent day and time.

12. Under Georgia law, the Security Deed I signed on August 12th, 2003 given to Mortgage Electronic Registration System, Inc. was forged and cannot pass title.

13. I further state that the Security Deed signed over to the Grantee was also procured by fraud; forgery and misrepresentations by Pine State Mortgage's officers; agents; servants; employees and attorneys at the time I signed the security deed and prior to me closing of our loan.  The reason is because closing attorney never told me about Mortgage Electronic Registration System, Inc. a/k/a "MERS."

14. There were no officers, agents or employees of MERS present at the time I closed on my mortgage loan.  I was never told that MERS would be the grantee of the Security Deed.  As the Grantor, I was never given ample time to read the Security Deed or to investigate MERS at the time I closed on my mortgage loan with the Pine State Mortgage Corp.  Moreover, we never saw the notary or the witness who notarized, witnessed and signed the Security Deed that was filed in the Clerk's office.

15. Pine State Mortgage Corporation through its officers, agents, employees and attorneys changed a material part of the Security Deed concerning the signatures' page of the Security Deed by altering and intentionally changing signatures, by adding the signatures of both the witness and the Notary Public to the Security Deed's signature's page at a deferent day and time unknown to me.

16. Secondly, that at the time the Security Deed was signed by me, the Pine State knew or should have known that the witness and notary public never signed the Security Deed on the same date and time that we signed it.

17. Nor did the witness or notary public actually witnessed me signing the Security Deed.  Pine State did suppress these misrepresentations.

17. Nor did the witness or notary public actually witnessed me signing the Security Deed. Pine State did suppress these misrepresentations.

18. Finally, the Security Deed was intentionally altered with the intent to deceive and defraud me and the general public in violation of **O.C.G.A. § 45-17-8(d)**, because the Lender knew or should have known that both witness and notary public are required to signed the Security Deed in the present of the Grantors pursuant to Georgia law under **O.C.G.A. § 44-14-33**. Therefore, the Security Deed is void.

**IN WITNESS AND TESTIMONY HEREOF**, I give this affidavit as evidence to the Court in support of Plaintiff's pleadings, counterclaim or motions filed with this Court to be used at any hearing, trial or appeal with respect to this case.

**FURTHER AFFIANT SAYTH NOT.**

This _____14_____ , day of_____April_____ , 2017.

Respectfully Submitted,

_____
**Antonette Ferrell, Affiant**

**CERTIFICATE OF NOTARY PUBLIC**
**Sworn to and Subscribed before Me,**

This ___14___ day of ___April___ , 2017.

_____
**NOTARY PUBLIC**

> ANDRE L WHEELER
> Notary Public – State of Georgia
> Fulton County
> My Commission Expires Sep 29, 2020

**Page 4 of 4**

12. Under Georgia law, the Security Deed I signed on August 12th, 2003 given to Mortgage Electronic Registration System, Inc. was forged and cannot pass title.

13. I further state that the Security Deed signed over to the Grantee was also procured by fraud; forgery and misrepresentations by Pine State Mortgage's officers; agents; servants; employees and attorneys at the time I signed the security deed and prior to me closing of our loan. The reason is because closing attorney never told me about Mortgage Electronic Registration System, Inc. a/k/a "MERS."

14. There were no officers, agents or employees of MERS present at the time I closed on my mortgage loan. I was never told that MERS would be the grantee of the Security Deed. As the Grantor, I was never given ample time to read the Security Deed or to investigate MERS at the time I closed on my mortgage loan with the Pine State Mortgage Corp. Moreover, we never saw the notary or the witness who notarized, witnessed and signed the Security Deed that was filed in the Clerk's office.

15. Pine State Mortgage Corporation through its officers, agents, employees and attorneys changed a material part of the Security Deed concerning the signatures' page of the Security Deed by altering and intentionally changing signatures, by adding the signatures of both the witness and the Notary Public to the Security Deed's signature's page at a deferent day and time unknown to me.

16. Secondly, that at the time the Security Deed was signed by me, the Pine State knew or should have known that the witness and notary public never signed the Security Deed on the same date and time that we signed it.