FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TONY L. WARE, | * |
| | * |
|     Plaintiff, | * |
| v. | *    CIVIL ACTION |
| | *    FILE NUMBER: <u>1:17-CV-01313-MHC</u> |
| PINE STATE MORTGAGE CORP., | * |
| MORTGAGE ELECTRONIC | * |
| REGISTRATION SYSTEMS, INC., | *    NOTICE OF UPDATED ADDRESSES |
| | * |
|     Defendants. | * |

## NOTICE OF PLAINTIFF'S UPDATED ADDRESSES

**COMES NOW, Dr. TONY L. WARE** the Plaintiff in this action in the above-styled action pursuant to the Order of this Court on May 16th, 2017 and hereby gives notice to the Clerk of Court of Plaintiff's addresses as follows:

> Dr. Tony L. Ware, PhD, JD
> P.O. Box 150524-Dept. 0227
> Atlanta, Georgia 30315-0188

> Dr. Tony L. Ware, PhD, JD
> 3756 Memorial Drive, # 3
> Decatur, Georgia 30032-2255

The Clerk, the Court and the Defendants in this civil action are hereby directed to send any further notices; pleadings and or any motions be sent to the Plaintiff at the above-stated addresses.

If there are any questions concerning this notice pleased contact the Plaintiff at his phone number stated in this notice or email him at: tonylware@yahoo.com.

**WHEREFORE,** the Plaintiff hereby move this Court to remand this case back to the Superior Court of Fulton County due to lack of subject-matter jurisdiction pursuant to **28 U.S.C. § 1447(c)** as relief to the Plaintiff.

**Respectfully submitted this** _____17th_____ **, day of June 2017.**

Dr. Tony L. Ware, PhD, JD, PRO SE
Attorney for the Plaintiff

**P.O. Box 150525-Dept. 0227**
**Atlanta, Georgia 30315-0188**
**(404) 944-9638 (Phone)**
**(404) 601-0813 (Fax)**
**Email: tonylware@yahoo.com**

## CERTIFICATE OF SERVICE

**COMES NOW, Dr. TONY L. WARE, PhD, JD,** the Plaintiff in the above-styled civil action and hereby certify that I have served the Defendant's counsel with Plaintiffs' NOTICE OF PLAINTIFF'S UPDATED ADDRESSES by U.S. First Class Mail with proper postage thereon at the following address to wit:

> Ms. Betsy Neal Burns, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz
> Suite 1600, Monarch Plaza
> 3414 Peachtree Road, NE
> Atlanta, Georgia 30326

**Respectfully submitted this** _____*12th*_____ **, day of June 2017.**

**Dr. Tony L. Ware, PhD, JD, PRO SE**
**Attorney for the Plaintiff**

**Please Mail all Notices to:**

**Dr. Tony L. Ware, PhD, JD**
**P.O. Box 150525-Dept. 0227**
**Atlanta, Georgia 30315-0188**
**(404) 944-9638 (Phone)**
**(404) 601-0813 (Fax)**
**Email: tonylware@yahoo.com**