# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TONY L. WARE,

      Plaintiff,

v.

PINE STATE MORTGAGE CORP.,
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

      Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-1313-MHC

## ORDER

This is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 27] recommending that Plaintiff's Motion to Remand this case to the Superior Court of Fulton County based upon the absence of complete diversity between the parties [Doc. 10] be granted. The Order for Service of the R&R [Doc. 28] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed to the Report and Recommendation. Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28

U.S.C. § 636(b)(1) (2012), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983 amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 27] as the judgment of the Court. It is hereby **ORDERED** that Plaintiff's Motion to Remand [Doc. 10] is **GRANTED**. All other pending motions [Docs. 8, 17, 21 & 25] are **DENIED AS MOOT**. The action is **REMANDED** to the Superior Court of Fulton County, Georgia.

**IT IS SO ORDERED** this 3rd day of August, 2017.

_____
MARK H. COHEN
United States District Judge

2